UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF 1199/SEIU
GREATER NEW YORK BENEFIT FUND
and BOARD OF TRUSTEES OF 1199/SEIU
GREATER NEW YORK EDUCATTON
FUND,

               Plaintiffs,

- against -

AMBOY CARE CENTER, INC.,

               Defendant.

**ORDER**

20 Civ. 0365 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The initial pretrial conference currently scheduled for May 7, 2020 is adjourned to **June 18, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         May 1, 2020

SO ORDERED.

_Paul G. Gardephe_ (signature)

Paul G. Gardephe
United States District Judge