Daniel J. Ratner
Gwynne A. Wilcox^
Pamela Jeffrey
Carl J. Levine^
David Slutsky^
Allyson L. Belovin
Suzanne Hepner•
Robert H. Stroup
Dana E. Lossia^
Micah Wissinger•
Ryan J. Barbur
Alexander Rabb
Laureve D. Blackstone^

Kimberly A. Lehmann^
Aleksandr L. Felstiner
Jessica I. Apter^
Rebekah Cook-Mack
Courtney L. Allen

*Of Counsel*
Irwin Bluestein
Patricia McConnell
Linda E. Rodd

*Special Counsel*
Richard A. Levy
Daniel Engelstein°
Richard Dorn

# LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, New York  10011-7175

Telephone (212) 627-8100
Telecopier (212) 627-8182

www.levyratner.com

MEMO ENDORSED:

June 15, 2020

The conference currently scheduled for June 18, 2020 is adjourned to August 6, 2020 at 10:30 a.m.

SO ORDERED.

*Paul G. Gardephe*

Dated: June 16, 2020

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court for the Southern
District of New York
500 Pearl Street Room 920
New York, NY 10007-1312

Re:   Board of Trustees of 1199/SEIU Greater New York Benefit Fund and Board of Trustees of 1199SEIU Greater New York Education Fund v. Amboy Care Center, Inc.
SDNY Index No. 20 Civ. 0365 (PGG)

Dear Judge Gardephe:

We represent plaintiffs in this action and are writing to request an adjournment of the initial conference scheduled for this Thursday, June 19, 2020. The complaint has not yet been served for the following reasons. We requested regular counsel for defendant to accept service and he only recently stated he would not. Defendant failed to return the executed consent to waive service of the summons, and our process server was unable to effect personal service because, as a nursing home, it is not accepting visitors due to the pandemic. When the process server's office reopens, we will reattempt personal service and, failing that, will effect substituted service under New Jersey law.

Thank you for your consideration.

Very truly yours,

*Patricia McConnell*

Patricia McConnell

PMC:jtr

1289-003-00001: 11133007_2

°Admitted in NY, MA and DC     ^Admitted in NY and NJ     •Admitted in NY and CT     •Admitted in NY and DC